UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PELAYO-CHAVEZ,<br><br>　　　　　　Defendant. | Case No. 16-cr-00173-HSG-1<br><br>**ORDER REGARDING EVIDENTIARY HEARING** |

An evidentiary hearing is currently set for June 8, 2020. In light of the status of the COVID-19 pandemic as described in General Order No. 72-3, and given the limit on the number of individuals who can be present in the courtroom at one time (a maximum of ten, including Court staff), the Court **DIRECTS** the parties to file a response as soon as possible, and no later than May 29, 2020, confirming whether the parties anticipate an evidentiary hearing proceeding on the scheduled date, and if so describing the plan for the hearing, including the likely number of witnesses.

**IT IS SO ORDERED.**

Dated:

HAYWOOD S. GILLIAM, JR.
United States District Judge